1
2
3
4
5
6               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
7
8    CARL R. LIDKE
9          Plaintiff,                    NO.  CV-04-3086-RHW
10         v.                            **ORDER DENYING
                                         DEFENDANT'S MOTION FOR
11   UNITED STATES OF AMERICA,           SUMMARY JUDGMENT**
12         Defendant.

13          Before the Court is Defendant's Motion for Summary Judgment (Ct. Rec.

14   20) and Defendant's Motion to Continue Trial Date (Ct. Rec. 41).  For the reasons

15   stated below, the Court denies Defendant's Motion for Summary Judgment.

16                              BACKGROUND

17          Plaintiff filed suit on July 28, 2004, alleging the United States was negligent

18   in its design and maintenance of the Maneuver Area Training Equipment Site

19   ("MATES") at the Yakima Training Center.  Plaintiff seeks $1,817,657.57 in

20   damages resulting from injuries sustained after walking into a window at the

21   MATES.  Before filing suit in federal court, Plaintiff pursued and was

22   administratively denied a federal tort claim pursuant to 28 U.S.C. § 2675.  The

23   Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1346.

24                           STANDARD OF REVIEW

25          Summary judgment is appropriate if the "pleadings, depositions, answers to

26   interrogatories, and admissions on file, together with the affidavits, if any, show

27   that there is no genuine issue as to any material fact and that the moving party is

28

ORDER DENYING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT * 1

1   entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).  There is no

2   genuine issue for trial unless there is sufficient evidence favoring the non-moving

3   party for a jury to return a verdict in that party's favor.  *Anderson v. Liberty Lobby,*

4   *Inc.,* 477 U.S. 242, 250 (1986).  If the non-moving party "fails to make a showing

5   sufficient to establish the existence of an element essential to that party's case, and

6   on which the party will bear the burden of proof at trial," then the trial court should

7   grant the motion.  *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986).  When

8   considering a motion for summary judgment, a court may neither weigh the

9   evidence nor assess credibility; instead, "the evidence of the non-movant is to be

10  believed, and all justifiable inferences are to be drawn in his favor." *Anderson v.*

11  *Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986).

12                                    **DISCUSSION**

13          The Court has considered the parties' briefing and argument and finds there

14  are issues of fact that make summary judgment improper.  Taking Plaintiff's

15  evidence as true, there are numerous genuine issues of fact for a jury to decide.

16  First, under the *Feres* doctrine, there is a genuine issue as to whether Plaintiff's

17  injury occurred incident to service.  Second, there is an issue as to the scope and

18  extent Defendant possesses or controls the MATES facility.  Third, what duty

19  Defendant owed Plaintiff is an issue which hinges on Plaintiff's status on the

20  premises at the time the injury occurred.  Lastly, whether the entry way at the

21  MATES is "unreasonably dangerous" and whether a visual impairment from

22  sunlight is a known and obvious condition also remain as issues of fact.  Each of

23  these facts is contested by the parties, and, because each fact is material, summary

24  judgment dismissal is inappropriate.

25          Having reviewed the record, heard from counsel, and been fully advised in

26  this matter, **IT IS HEREBY ORDERED**:

27          1. Defendant's Motion for Summary Judgment (Ct. Rec. 20) is **DENIED.**

28  //

ORDER DENYING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT * 2

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2    Order and forward copies to counsel.

3        **DATED** this 10th day of April, 2006.

4

5                            *s/ Robert H. Whaley*

6                        ROBERT H. WHALEY
                    Chief United States District Judge
7

8

9

10

11

12

13   Q:\CIVIL\2004\Lidke\Lidke.sj.deny.ord.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT * 3