UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CARL R. LIDKE,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,
*et al.*,

    Defendants.

NO.  CV-04-3086-RHW

**ORDER DISMISSING
COMPLAINT**

On September 6, 2006, the parties filed a joint Stipulation for Order of Dismissal (Ct. Rec. 46).  Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 7th day of September, 2006.


*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\Lidke\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** * 1